**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 253 EAL 2018

       Respondent    :

   :    Petition for Allowance of Appeal from

   :    the Order of the Superior Court

       v.    :

DAWSON REAMS,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.